```
SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 5/2/07*

| | |
|---|---|
| MOHAMAD R. AL-KASWANI, | No. C 07-0614 RMW |
| Plaintiff, | |
| v. | STIPULATION TO DISMISS AND [PROPOSED] ORDER |
| ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation; MICHAEL CHERTOFF, Department of Homeland Security; FRANCIS D. SICILIANO, Field Office Director, U.S. Citizenship and Immigration Services; DAVID STILL, District Director, U.S. Citizenship and Immigration Services (USCIS) | |
| Defendants. | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

///

///

| | | |
|---|---|---|
| 1 | Date: April 26, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | | |
| 4 | | |
| 5 | | EDWARD A. OLSEN |
| 6 | | Assistant United States Attorney<br>Attorneys for Defendants |
| 7 | | |
| 8 | | |
| 9 | Date: April ___, 2007 | *see fax signature*<br>CAROLE M. MESROBIAN |
| 10 | | BERNADETTE W. CONNOLLY<br>Attorneys for Plaintiff |
| 11 | | |
| 12 | | **ORDER** |
| 13 | Pursuant to stipulation, IT IS SO ORDERED. | |
| 14 | | |
| 15 | Date: 5/2/07 | *Ronald M. Whyte* |
| 16 | | RONALD M. WHYTE<br>United States District Judge |

Stip. to Dismiss
C07-0614 RMW

1 | Date: April ___, 2007            Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: April ___, 2007

*(signature)*

_____
CAROLE M. MESROBIAN
BERNADETTE W. CONNOLLY
Attorneys for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:

_____
RONALD M. WHYTE
United States District Judge

Stip. to Dismiss
C07-0614 RMW      2